# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| **VOLKSWAGEN GROUP OF AMERICA, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,**<br><br>Defendants. | Civil Action No. 1:20-cv-01437 |

## ORDER GRANTING PLAINTIFF'S MOTION FOR AUTHORIZING SERVICE OF PROCESS BY EMAIL

This Court, having considered the Motion by Plaintiff Volkswagen Group of America, Inc. for service by email and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Plaintiff is permitted to serve the Defendants by email. Each email should contain a summons, a copy of this order, and a copy of the complaint.

ORDERED that following service by email of the Defendants, Plaintiff shall file a notice of service with the Clerk's office affirming compliance with this order indicating the date the emails were sent to each remaining defendant.

SO ORDERED THIS 3rd day of December, 2020.

/s/
_____
The Honorable Michael S. Nachmanoff
United States Magistrate Judge