Dear Sir or Madam:

Attached are proposed summons for Civil Action No. 1:20-cv-01437-LO-MSN as to certain Defendants who appear to be located in China based on discovery obtained from PayPal or AliPay.

The Defendants are as follows:

| No. | Defendant Name | Defendant Store ID | Defendant Email Address | Defendant Store Location |
|---|---|---|---|---|
| 1 | Yongjie Wei | amazool | jackyway0101@gmail.com, madbuyshop@gmail.com, sales@amazool.com, sales@ecostings.com, sales@gadgetys.com, sales@nrebate.com, sales@u-wholesale.com, sales@ucomshop.com | eBay |
| 2 | 炎生钟 (Yan Shengzhong) | bideshop2009 | bideshop@gmail.com bideshoppay@gmail.com | eBay |
| 3 | 华生钟 (Hua Sheng Zhong) | carobddiag | carobd2diag@hotmail.com, greebidpay@gmail.com, likebuyshop@hotmail.com, obd2diagebay@gmail.com, okbidshop@hotmail.com, supereshop2050@hotmail.com, x431eshop@gmail.com | eBay |
| 4 | 为友车 (Wei You Che) | carobdtool88 | autotoolpay@gmail.com, mypay@obdii.us, paypal@auobd2.com, paypal@autodiag.de, paypal@cardiag.co.uk, paypal@obdii.fr | eBay |
| 5 | 颜昌黄 (Yan Changhuang) | cartoolfty | pioneerprojectorlamp@gmail.com, huangsue412@163.com, cathy-cartoolfty@hotmail.com, info@cartoolfty.com | eBay |
| 6 | Liangxing Lin | cnc_tool | szcnctool@hotmail.com | eBay |
| 7 | 学华张 (Xuehua Zhang) | compme-5g | compme@163.com | eBay |
| 8 | 颜昌黄 (Yan Changhuang) | ecartool2015 | pioneerprojectorlamp@gmail.com, huangsue412@163.com, cathy- | eBay |

| | | | cartoolfty@hotmail.com, info@cartoolfty.com | |
|---|---|---|---|---|
| 9 | 宝华刘 (Baohua Liu) 亮余 (Liang Yu) | maketrust2016 | yuliang2895@163.com | eBay |
| 10 | 宝华刘 (Baohua Liu) | master_auto_tech | masterototech@hotmail.com | eBay |
| 11 | Wiston Chiu | obd-tek | wistonqxq@yahoo.com | eBay |
| 13 | 星涂 (Xing tu) | xingobd2 | tuxing1024@163.com | eBay |
| 15 | 兰兰周 (Lan Lanzhou) | July Miracle, Almighty girl | z1741478366@126.com | Wish |
| 21 | Unknown | Accucar Tech Co.,Ltd Store | ppdatool3@yeah.net | AliExpress |
| 22 | Unknown | AI CAR FUN AUTORADIO Store | happylld@outlook.com | AliExpress |
| 23 | Unknown | aitkeobd Store | obdcan@outlook.com | AliExpress |
| 24 | Unknown | alansh Store | rola@alansh.com | AliExpress |
| 25 | Unknown | alansh-obd2 Store | talia@alansh.com | AliExpress |
| 26 | Unknown | ALiKING Store | 1391759794@qq.com | AliExpress |
| 27 | Unknown | ALYOBD Repair tool Store | sales01@obd2device.com | AliExpress |
| 28 | Unknown | Amiy's First Branch Store | raceobd@yeah.net | AliExpress |
| 29 | Unknown | AUTO KCAN CO.,LIMITED | suzy@autokcan.com | AliExpress |
| 30 | Unknown | auto repair Store | elambo@aliyun.com | AliExpress |
| 31 | Unknown | AUTO SPECIALTY | 15871142444@163.com | AliExpress |
| 32 | Unknown | Automotive locksmith supplier Store | info@gr8locks.com | AliExpress |
| 33 | Unknown | AUTOOBD DIAG Store | abctool@sina.com | AliExpress |
| 34 | Unknown | AutoRepair 2 Store | info@gr8locks.com | AliExpress |

| 35 | Unknown | Beacon Machine Store | fairybeaconmachine@foxmail.com | AliExpress |
|---|---|---|---|---|
| 36 | Unknown | BestOBD2 Store | eobd2tool@outlook.com | AliExpress |
| 37 | Unknown | Build Your Car Fun Store | shengfuuli@outlook.com | AliExpress |
| 38 | Unknown | Buy ECUTOOL Store | ecutool2020@yahoo.com | AliExpress |
| 39 | Unknown | BuyFromOBDFactory Store | factoryobd2@gmail.com | AliExpress |
| 40 | Unknown | BXOBD Store | emilia@bowshine.com | AliExpress |
| 41 | Unknown | Car Diag Store | 2191425673@qq.com | AliExpress |
| 42 | Unknown | Car Diagnostic Factory Store | ailsa@bowshine.com | AliExpress |
| 43 | Unknown | Car Repair Tool 2019 Store | 1058751705@qq.com | AliExpress |
| 44 | Unknown | Car Repair tool Store | ppdatool2@yeah.net | AliExpress |
| 45 | Unknown | CARDIAG Online Store | andy@kingbolen.com | AliExpress |
| 46 | Unknown | carfix Official Store | autolinktool@aol.com | AliExpress |
| 47 | Unknown | Carluck Diagnostic Devices Store | yanmeigong318@163.com | AliExpress |
| 48 | Unknown | carobd2 device Store | cnbnbk@yeah.net | AliExpress |
| 49 | Unknown | CARSON TOOLS Store | emily@autokcan.com | AliExpress |
| 50 | Unknown | China FLYOBD Supplier Store | nailsbeauty@aliyun.com | AliExpress |
| 51 | Unknown | CHINA LKC TECH Store | 3375509508@qq.com | AliExpress |
| 53 | Unknown | CWAUTO Store | vkauto@outlook.com | AliExpress |
| 54 | Unknown | DHCtech Store | 3278504991@qq.com | AliExpress |

| 55 | Unknown | DHOBD Supplier Store | 182514058@qq.com | AliExpress |
| 56 | Unknown | Diagnostic tool Specialty Store | obdatsmt@163.com | AliExpress |
| 57 | Unknown | Dreaming Cloud Store | 2980151932@qq.com | AliExpress |
| 58 | Unknown | DROBD Store | drobd01@163.com | AliExpress |
| 59 | Unknown | DYOBD Store | dysalesmanager@gmail.com | AliExpress |
| 60 | Unknown | ECU KCAN CO LIMITED | alice1@autokcan.com | AliExpress |
| 61 | Unknown | ECUCAR | obdchip@126.com | AliExpress |
| 62 | Unknown | ECUTOOL Store | xcarkeys@gmail.com | AliExpress |
| 63 | Unknown | EDIAG Official Store | kingbolen2@hotmail.com | AliExpress |
| 64 | Unknown | EKETOOL CarCare Store | eketool@163.com | AliExpress |
| 65 | Unknown | ELAMBO Tech Co., Ltd Store | elambo_1@yeah.net | AliExpress |
| 66 | Unknown | ExcellentOBD Store | 2659331037@qq.com | AliExpress |
| 67 | Unknown | Flx Car Electric Store | 627592691@qq.com | AliExpress |
| 68 | Unknown | Fly OBD Store | csr01@ymdz2016.com | AliExpress |
| 69 | Unknown | fossiauto Store | store02@fossi.cn | AliExpress |
| 70 | Unknown | gamesalor fashion | fashionstore2050@hotmail.com | AliExpress |
| 71 | Unknown | Garage666688 8 Store | ababy2953@qq.com | AliExpress |
| 72 | Unknown | GoCar GoCar Store | gocargocar@163.com | AliExpress |
| 73 | Unknown | goodobd Store | 3278235@qq.com | AliExpress |
| 74 | Unknown | High-Quality Car Diagnostic Tool Store | raceobd@aliyun.com | AliExpress |

| 75 | Unknown | ITCARDIAG Direct Store | shirui@itcardiag.com | AliExpress |
|---|---|---|---|---|
| 76 | Unknown | KINGBOLE N Store | kingbolen03@hotmail.com | AliExpress |
| 77 | Unknown | KINGBOLE NOBD Store | kingbolenobd2@hotmail.com | AliExpress |
| 78 | Unknown | KingDiag Store | 1621777187@qq.com | AliExpress |
| 79 | Unknown | KWIOBD Store | kewei008@aliyun.com | AliExpress |
| 80 | Unknown | LOGASMAR T Autogas OBD2 Tools Store | sales1@chinalogas.com | AliExpress |
| 81 | Unknown | LVC OBD X431. Store | lvcchina06@hotmail.com | AliExpress |
| 82 | Unknown | Marscare Store | 14462086@qq.com | AliExpress |
| 83 | Unknown | MeterOBD Store | 510517145@qq.com | AliExpress |
| 84 | Unknown | M-OBDTOOLS Store | obdauto1@126.com | AliExpress |
| 85 | Unknown | MOTOBD Store | carlimo@126.com | AliExpress |
| 86 | Unknown | NaHai Tech Co.,LTD Store | melinda@autokcan.com | AliExpress |
| 87 | Unknown | Newswan Tool & Instrument 04 Store | store04@newswan.com | AliExpress |
| 88 | Unknown | NICEOBD Store | 963462009@qq.com | AliExpress |
| 89 | Unknown | OBD Discount Store | obddiscount@163.com | AliExpress |
| 90 | Unknown | OBD FOX Store | kingbolen36@hotmail.com | AliExpress |
| 91 | Unknown | OBD KCAN CO LIMITED | susan1@autokcan.com | AliExpress |
| 92 | Unknown | OBD2 car Diagnostic connector Store | xiangzi1119@hsdk01.com | AliExpress |

| 93 | Unknown | obd2 car diagnostic Store | autoolsales@yeah.net | AliExpress |
|---|---|---|---|---|
| 94 | Unknown | OBD2 Device Store | ppdatool@yeah.net | AliExpress |
| 95 | Unknown | OBD2 Diag Tools Store | seller02@kingobdtool.com | AliExpress |
| 96 | Unknown | obd2 diagnostic scanner Store | elambo@yeah.net | AliExpress |
| 97 | Unknown | OBD2 OBDII Store | 3465181099@qq.com | AliExpress |
| 98 | Unknown | OBD2 Store | 1871141631@qq.com | AliExpress |
| 99 | Unknown | OBD2 Tech Store | 2853551832@qq.com | AliExpress |
| 100 | Unknown | OBD2 Wonder Store | szobd2@126.com | AliExpress |
| 101 | Unknown | OBD2Device Auto Diagnostic tools Factory | 1648549751@qq.com | AliExpress |
| 102 | Unknown | obd2home Store | sales21@acartool.com | AliExpress |
| 103 | Unknown | OBDCAR Store | obdtool520@qq.com | AliExpress |
| 104 | Unknown | obdfactory Store | udy@autokcan.com | AliExpress |
| 105 | Unknown | OBDiag Center | oemmall@163.com | AliExpress |
| 206 | Unknown | OBDII Center Store | xtydiagmall@126.com | AliExpress |
| 207 | Unknown | OBDII diag Store | uautoscanner@yeah.net | AliExpress |
| 208 | Unknown | OBDII TOOL Store | obd1@autokcan.com | AliExpress |
| 209 | Unknown | OBDIICAT Official Store | 979514272@qq.com | AliExpress |
| 210 | Unknown | Obdiiwholesale Co.,Ltd. | obdiiwholesale8@hotmail.com | AliExpress |
| 211 | Unknown | OBDOBD2 Electronic Tech Co.,Ltd | diagmall@126.com | AliExpress |
| 212 | Unknown | OBDOBD2 Tech Support Store | kellyyouch@foxmail.com | AliExpress |

| 213 | Unknown | OBDPEAK CAR Store | he18717169933@163.com | AliExpress |
|-----|---------|-------------------|-----------------------|-----------|
| 214 | Unknown | OBDPRO Store | csr004@ymdz2016.com | AliExpress |
| 215 | Unknown | obdsell Store | chenxing363@foxmail.com | AliExpress |
| 216 | Unknown | obdsupermarket Store | tracy.zhou.china@gmail.com | AliExpress |
| 217 | Unknown | obdword Store | raceauto2@yeah.net | AliExpress |
| 218 | Unknown | PRO OBD2 Tool Store | autoscannertool@163.com | AliExpress |
| 219 | Unknown | professional obd store--best after sale service | 1464716871@qq.com | AliExpress |
| 220 | Unknown | Professional OBD Tool Store | 1464716871@qq.com | AliExpress |
| 221 | Unknown | Race Diagnostic Tools Store | raceobd1@aliyun.com | AliExpress |
| 222 | Unknown | R-aceauto Online Store | raceobd5@yeah.net | AliExpress |
| 223 | Unknown | RaceObd Diagnostic Tool Store | raceobd5@aliyun.com | AliExpress |
| 224 | Unknown | ReDiag Store | rediag@163.com | AliExpress |
| 225 | Unknown | Rhcartool Store | info@rhcartool.com | AliExpress |
| 226 | Unknown | Shenzhen Race Automobile Technology Co., Ltd. | sales@raceauto.net | AliExpress |
| 227 | Unknown | ShenZhen The Best One Technology Limited | amyobd2@sina.com | AliExpress |
| 228 | Unknown | Shenzhen Tong Heng Co., Ltd. | adar@autokcan.com | AliExpress |
| 229 | Unknown | SHENZHEN YTCARTOOL Store | zhuoyaodaxian@126.com | AliExpress |
| 230 | Unknown | Shop1904891 Store | raceobd3@aliyun.com | AliExpress |

| 231 | Unknown | Shop2351002 Store | raceobd9@yeah.net | AliExpress |
|---|---|---|---|---|
| 232 | Unknown | Shop5082400 Store | 1917997297@qq.com | AliExpress |
| 233 | Unknown | Shop5280016 Store | sales01@autelx431.com | AliExpress |
| 234 | Unknown | Shop5590031 Store | qimopei2020@outlook.com | AliExpress |
| 235 | Unknown | Shop5881255 Store | 2428905425@qq.com | AliExpress |
| 236 | Unknown | SmartCBest EasyHand Store | zolichina51@hotmail.com | AliExpress |
| 237 | Unknown | SuperTool Store | 934242072@qq.com | AliExpress |
| 238 | Unknown | SZ HufaKang Store | obdshowmarket@foxmail.com | AliExpress |
| 239 | Unknown | SZ KingOBDTool Store | zoe@kingobdtool.com | AliExpress |
| 240 | Unknown | TENZUN Factory Store | obdarthur@outlook.com | AliExpress |
| 241 | Unknown | TENZUN OBD2 Store | obdpro@outlook.com | AliExpress |
| 242 | Unknown | TEST TOOL FACTORY Store | 123681852@qq.com | AliExpress |
| 243 | Unknown | TopOBD2 Store | jacktong98@sina.com | AliExpress |
| 244 | Unknown | TotG Store | daikougenqq@outlook.com | AliExpress |
| 245 | Unknown | TRANSUTONG Official Store | transutong@163.com | AliExpress |
| 246 | Unknown | TruckDiagnosis Store | 2355650315@qq.com | AliExpress |
| 247 | Unknown | UOBDII Store | 153299364@qq.com | AliExpress |
| 248 | Unknown | UPOBD2 Store | lqxobd2@126.com | AliExpress |
| 249 | Unknown | Vaylas Diagnosis & Timing Store | sales@hauvrex.com | AliExpress |
| 250 | Unknown | VIP E-Store | 15871139133@163.com | AliExpress |
| 251 | Unknown | VK Automative | obd2store@hotmail.com | AliExpress |

| 252 | Unknown | VXDIAG Direct Store | vxdiagnano@163.com | AliExpress |
|---|---|---|---|---|
| 253 | Unknown | Win-Win Diagnostic Tool Store | obd2scannertool@outlook.com | AliExpress |
| 254 | Unknown | Xin Shun Commercial Store | q646620733@163.com | AliExpress |
| 255 | Unknown | xingobd2 Store | sandy@chdobd2.com | AliExpress |
| 256 | Unknown | YIYUN Diag Store | rugesuiyuenihao@sina.com | AliExpress |
| 257 | Unknown | ZRIGO TECH Store | zrigoo@outlook.com | AliExpress |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) ) ) ) ) ) ) |
| *Plaintiff(s)* | |
| v. | Civil Action No. 1:20-cv-01437 |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | |
| *Defendant(s)* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Yongjie Wei

amazool

jackyway0101@gmail.com, madbuyshop@gmail.com, sales@amazool.com,

sales@ecostings.com, sales@gadgetys.com, sales@nrebate.com,

sales@u-wholesale.com, sales@ucomshop.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Monica Riva Talley
> Sterne Kessler Goldstein & Fox, P.L.L.C.
> 1100 New York Ave., N.W., Suite 600
> Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name of individual)* _____ , who is

  designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0 I returned the summons unexecuted because _____ ; or

    0 Other *(specify):*

                                                                                .

My fees are $_____ for travel and $_____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

                                            _____
                                                   *Server's signature*

                                            _____
                                                *Printed name and title*

                                            _____
                                                *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |  |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | Civil Action No. 1:20-cv-01437 |
| v. | | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

炎生钟 (Yan Shengzhong)

bideshop2009

bideshop@gmail.com

bideshoppay@gmail.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

O I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

O I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

O I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

O I returned the summons  unexecuted because _____ ; or

O Other *(specify):*

_____ .

My fees are $_____ for travel and $_____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |  |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | Civil Action No. 1:20-cv-01437 |
| v. | | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
华生钟 (Hua Sheng Zhong)

carobddiag

carobd2diag@hotmail.com, greebidpay@gmail.com, likebuyshop@hotmail.com,

obd2diagebay@gmail.com, okbidshop@hotmail.com, supereshop2050@hotmail.com,

x431eshop@gmail.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     O I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

     O I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     O I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

     O I returned the summons unexecuted because _____ ; or

     O Other *(specify)*:

                                                                                              .

My fees are $_____ for travel and $_____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____             _____
                                                     *Server's signature*

                                                _____
                                                *Printed name and title*

                                                _____
                                                *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |  |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) |  |
| *Plaintiff(s)* | ) ) | Civil Action No. 1:20-cv-01437 |
| v. | ) ) |  |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) |  |
| *Defendant(s)* | ) |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

为友车 (Wei You Che)

carobdtool88

autotoolpay@gmail.com, mypay@obdii.us, paypal@auobd2.com,

paypal@autodiag.de, paypal@cardiag.co.uk, paypal@obdii.fr

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

O I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

O I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

O I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

O I returned the summons  unexecuted because _____ ; or

O Other *(specify):*

_____ .

My fees are $_____ for travel and $_____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____                    _____

                                                        *Server's signature*

                                        _____

                                                        *Printed name and title*

                                        _____

                                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |  |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 1:20-cv-01437 |
| v. | ) ) | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

颜昌黄 (Yan Changhuang)

cartoolfty

pioneerprojectorlamp@gmail.com, huangsue412@163.com, cathy-cartoolfty@hotmail.com,

info@cartoolfty.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Monica Riva Talley
> Sterne Kessler Goldstein & Fox, P.L.L.C.
> 1100 New York Ave., N.W., Suite 600
> Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons  unexecuted because _____ ; or

☐ Other *(specify):*

.

My fees are $_____ for travel and $_____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) ) ) ) ) ) ) |
| *Plaintiff(s)* | |
| v. | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | |
| *Defendant(s)* | |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Liangxing Lin

cnc_tool

szcnctool@hotmail.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

 0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

 0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

 0 I served the summons on *(name  of individual)* _____ , who is

 designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

 0 I returned the summons  unexecuted because _____ ; or

 0 Other *(specify):*

_____ .

My fees are $_____for travel and $_____for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |  |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | Civil Action No. 1:20-cv-01437 |
| v. | | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

学华张 (Xuehua Zhang)

compme-5g

compme@163.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

O  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

O  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

O  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

O  I returned the summons  unexecuted because _____ ; or

O  Other *(specify):*

_____ .

My fees are $_____ for travel and $_____ for services, for a total of $  ___0.00___ .

I declare under penalty of perjury that this information is true.

Date:  _____              _____
                                                 *Server's signature*

                                                 _____
                                                 *Printed name and title*

                                                 _____
                                                 *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., <br><br> _Plaintiff(s)_ <br><br> v. <br><br> THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br><br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  1:20-cv-01437 |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

颜昌黄 (Yan Changhuang)

ecartool2015

pioneerprojectorlamp@gmail.com, huangsue412@163.com, cathy-cartoolfty@hotmail.com,

info@cartoolfty.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____     _____

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0 I returned the summons  unexecuted because _____ ; or

    0 Other *(specify):*

    .

My fees are $_____ for travel and $_____ for services, for a total of $ _____ 0.00 _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., _____ *Plaintiff(s)* v. THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

宝华刘 (Baohua Liu)

亮余 (Liang Yu)

maketrust2016

yuliang2895@163.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0 I returned the summons  unexecuted because _____ ; or

    0 Other *(specify):*

                                                                                                   .

My fees are $_____ for travel and $_____ for services, for a total of $     0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

                                          _____
                                                 *Server's signature*

                                          _____
                                              *Printed name and title*

                                          _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., <br><br> _____ <br><br> *Plaintiff(s)* <br><br> v. <br><br> THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br><br> _____ <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:20-cv-01437 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

宝华刘 (Baohua Liu)

master_auto_tech

masterototech@hotmail.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

O I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

O I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

O I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

O I returned the summons  unexecuted because _____ ; or

O Other *(specify):*

_____ .

My fees are $_____ for travel and $_____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                        *Server's signature*

                                            _____
                                                        *Printed name and title*

                                            _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) ) ) ) ) ) ) |
| *Plaintiff(s)* | |
| v. | Civil Action No. 1:20-cv-01437 |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | |
| *Defendant(s)* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Wiston Chiu

obd-tek

wistonqxq@yahoo.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0 I returned the summons  unexecuted because _____ ; or

    0 Other *(specify):*

                                                  .

My fees are $_____ for travel and $_____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                                 *Server's signature*

                                             _____
                                                           *Printed name and title*

                                             _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

星涂 (Xing tu)

xingobd2

tuxing1024@163.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

### PROOF OF SERVICE
#### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0 I returned the summons  unexecuted because _____ ; or

    0 Other *(specify):*

                                                                                                  .

My fees are $_____ for travel and $_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                                   _____
                                                          *Server's signature*

                                                   _____
                                             *Printed name and title*

                                                   _____
                                                   *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) |
| _Plaintiff(s)_ | ) ) |
| v. | ) ) |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) ) |
| _Defendant(s)_ | |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

兰兰周 (Lan Lanzhou)

July Miracle, Almighty Girl

z1741478366@126.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

  0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

  0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

  0 I served the summons on *(name  of individual)* _____ , who is

  designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

  0 I returned the summons  unexecuted because _____ ; or

  0 Other *(specify):*

_____ .

My fees are $_____ for travel and $_____ for services, for a total of $  __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                          *Server's signature*

                                         _____
                                                          *Printed name and title*

                                         _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |  |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | Civil Action No.  1:20-cv-01437 |
| v. | | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Accucar Tech Co.,Ltd Store

ppdatool3@yeah.net

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Monica Riva Talley
> Sterne Kessler Goldstein & Fox, P.L.L.C.
> 1100 New York Ave., N.W., Suite 600
> Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

O I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

O I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

O I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

O I returned the summons  unexecuted because _____ ; or

O Other *(specify):*

.

My fees are $_____ for travel and $_____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                                              *Server's signature*

                                             _____
                                                              *Printed name and title*

                                             _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

<table>
<tr><td>VOLKSWAGEN GROUP OF AMERICA, INC.,</td><td>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)<br>)</td><td>Civil Action No. 1:20-cv-01437</td></tr>
<tr><td>v.</td><td>)<br>)</td><td></td></tr>
<tr><td>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,</td><td>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

AI CAR FUN AUTORADIO Store

happylld@outlook.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Monica Riva Talley
> Sterne Kessler Goldstein & Fox, P.L.L.C.
> 1100 New York Ave., N.W., Suite 600
> Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     O I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

     O I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     O I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

     O I returned the summons  unexecuted because _____ ; or

     O Other *(specify):*

                                                                                       .

My fees are $_____ for travel and $_____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

                                     *Server's signature*

                                     *Printed name and title*

                                     *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>_____<br><br>*Plaintiff(s)*<br>v.<br><br>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br>_____<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

aitkeobd Store

obdcan@outlook.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

O I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

O I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

O I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

O I returned the summons  unexecuted because _____ ; or

O Other *(specify)*:

_____ .

My fees are $_____ for travel and $_____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) |
| _Plaintiff(s)_ | ) ) ) |
| v. | ) Civil Action No. 1:20-cv-01437 |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

alansh Store

rola@alansh.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____

_____

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

### PROOF OF SERVICE
#### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    O I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    O I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    O I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    O I returned the summons unexecuted because _____ ; or

    O Other *(specify):*

                                                                 .

My fees are $_____ for travel and $_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

                             _____
                                         *Server's signature*

                             _____
                                         *Printed name and title*

                             _____
                                         *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., <br><br> *Plaintiff(s)* <br><br> v. <br><br> THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:20-cv-01437 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

alansh-obd2 Store

talia@alansh.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

0 I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

0 I returned the summons  unexecuted because _____ ; or

0 Other *(specify):*

.

My fees are $_____ for travel and $_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                    *Server's signature*

                               _____
                                                    *Printed name and title*

                               _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | Civil Action No. 1:20-cv-01437 |
| v. | ) ) | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ALiKING Store
1391759794@qq.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

   0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

   0 I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

   0 I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

   0 I returned the summons  unexecuted because _____ ; or

   0 Other *(specify):*

                                                                                    .

My fees are $_____ for travel and $_____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                                 _____

                                                     *Server's signature*

                                               _____

                                                     *Printed name and title*

                                             _____

                                                     *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) ) ) ) ) ) ) |
| *Plaintiff(s)* | |
| v. | Civil Action No. 1:20-cv-01437 |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | |
| *Defendant(s)* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ALYOBD Repair tool Store
sales01@obd2device.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

O I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

O I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

O I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

O I returned the summons  unexecuted because _____ ; or

O Other *(specify):*

.

My fees are $_____ for travel and $_____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) |
| _____ | ) |
| *Defendant(s)* | |

Civil Action No.  1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Amiy's First Branch Store
raceobd@yeah.net

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

     0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     0 I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

     0 I returned the summons  unexecuted because _____ ; or

     0 Other *(specify):*


                                                         .

My fees are $_____for travel and $_____for services, for a total of $ _____ 0.00 _____ .


I declare under penalty of perjury that this information is true.


Date: _____

                                         _____
                                                        *Server's signature*

                                         _____
                                                     *Printed name and title*

                                         _____
                                                     *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., <br><br> *Plaintiff(s)* <br><br> v. <br><br> THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:20-cv-01437 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

AUTO KCAN CO.,LIMITED

suzy@autokcan.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name of individual)* _____ , who is

   designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0 I returned the summons unexecuted because _____ ; or

    0 Other *(specify):*

                                                                             .

My fees are $_____ for travel and $_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____

                                                     *Server's signature*

                             _____

                                              *Printed name and title*

                             _____

                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) |
| *Plaintiff(s)* | ) Civil Action No. 1:20-cv-01437 ) |
| v. | ) ) |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

auto repair Store
elambo@aliyun.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

◯ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

◯ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

◯ I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

◯ I returned the summons  unexecuted because _____ ; or

◯ Other *(specify):*

.

My fees are $_____ for travel and $_____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

AUTO SPECIALTY
15871142444@163.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

     0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     0 I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

     0 I returned the summons  unexecuted because _____ ; or

     0 Other *(specify):*

.

My fees are $_____ for travel and $_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |  |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | Civil Action No. 1:20-cv-01437 |
| v. | | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Automotive locksmith supplier Store

info@gr8locks.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Monica Riva Talley
> Sterne Kessler Goldstein & Fox, P.L.L.C.
> 1100 New York Ave., N.W., Suite 600
> Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

◯ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

◯ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

◯ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

◯ I returned the summons  unexecuted because _____ ; or

◯ Other *(specify):*

_____ .

My fees are $_____ for travel and $_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) |
| _Plaintiff(s)_ | ) ) |
| v. | ) ) Civil Action No. 1:20-cv-01437 |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

AUTOOBD DIAG Store

abctool@sina.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Monica Riva Talley
> Sterne Kessler Goldstein & Fox, P.L.L.C.
> 1100 New York Ave., N.W., Suite 600
> Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

0 I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

0 I returned the summons  unexecuted because _____ ; or

0 Other *(specify):*

.

My fees are $_____ for travel and $_____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) ) ) |
| *Defendant(s)* | |

Civil Action No.  1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

AutoRepair 2 Store
info@gr8locks.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

○ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

○ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

○ I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

○ I returned the summons  unexecuted because _____ ; or

○ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | Civil Action No. 1:20-cv-01437 |
| v. | ) ) | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Beacon Machine Store

fairybeaconmachine@foxmail.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____

                                                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

     0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     0 I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

     0 I returned the summons  unexecuted because _____ ; or

     0 Other *(specify):*

.

My fees are $_____ for travel and $_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 1:20-cv-01437 |
| v. | ) ) | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BestOBD2 Store

eobd2tool@outlook.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Monica Riva Talley
> Sterne Kessler Goldstein & Fox, P.L.L.C.
> 1100 New York Ave., N.W., Suite 600
> Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons  unexecuted because _____ ; or

☐ Other *(specify):*

.

My fees are $_____ for travel and $_____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

<table>
<tr><td>VOLKSWAGEN GROUP OF AMERICA,<br>INC.,</td><td>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td><br><i>Plaintiff(s)</i></td><td>)<br>)<br>)</td><td>Civil Action No. 1:20-cv-01437</td></tr>
<tr><td>v.</td><td>)<br>)</td><td></td></tr>
<tr><td>THE UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED IN SCHEDULE A,</td><td>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Build Your Car Fun Store
shengfuuli@outlook.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

0 I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

0 I returned the summons  unexecuted because _____ ; or

0 Other *(specify):*

.

My fees are $_____ for travel and $_____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                *Server's signature*

                                _____
                                *Printed name and title*

                                _____
                                *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.   1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Buy ECUTOOL Store

ecutool2020@yahoo.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

0 I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

0 I returned the summons  unexecuted because _____ ; or

0 Other *(specify)*:

_____ .

My fees are $_____for travel and $_____for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                    *Server's signature*

                                                    _____
                                                    *Printed name and title*

                                                    _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) ) ) ) ) ) ) |
| *Plaintiff(s)* | |
| v. | Civil Action No. 1:20-cv-01437 |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | |
| *Defendant(s)* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BuyFromOBDFactory Store
factoryobd2@gmail.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

&#9675; I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

&#9675; I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

&#9675; I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

&#9675; I returned the summons  unexecuted because _____ ; or

&#9675; Other *(specify):*

.

My fees are $_____ for travel and $_____ for services, for a total of $   _____0.00_____   .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                              *Server's signature*

                                                              _____
                                                              *Printed name and title*

                                                              _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

<table>
<tr><td>VOLKSWAGEN GROUP OF AMERICA, INC.,</td><td>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)<br>)</td><td>Civil Action No. 1:20-cv-01437</td></tr>
<tr><td>v.</td><td>)<br>)</td><td></td></tr>
<tr><td>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,</td><td>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BXOBD Store

emilia@bowshine.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____ .

My fees are $_____ for travel and $_____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____                        _____
                                                    *Server's signature*

                                             _____
                                                    *Printed name and title*

                                             _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) ) ) ) ) ) ) |
| *Plaintiff(s)* | |
| v. | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | |
| *Defendant(s)* | |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Car Diag Store
2191425673@qq.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

      0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

      0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

      0 I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

      0 I returned the summons  unexecuted because _____ ; or

      0 Other *(specify):*

.

My fees are $_____ for travel and $_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

                              _____
                                          *Server's signature*

                              _____
                                   *Printed name and title*

                              _____
                                   *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., _____ *Plaintiff(s)* v. THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, _____ *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Car Diagnostic Factory Store
ailsa@bowshine.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

О  I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

О  I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

О  I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

О  I returned the summons  unexecuted because _____ ; or

О  Other *(specify):*

_____ .

My fees are $_____ for travel and $_____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                   *Server's signature*

                                                   _____
                                                   *Printed name and title*

                                                   _____
                                                   *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., <br><br> _Plaintiff(s)_ <br><br> v. <br><br> THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br><br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Car Repair Tool 2019 Store
1058751705@qq.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     O I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

     O I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     O I served the summons on *(name of individual)* _____ , who is

     designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

     O I returned the summons unexecuted because _____ ; or

     O Other *(specify):*

                                                      .

My fees are $_____ for travel and $_____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                   *Server's signature*

                                          _____
                                                   *Printed name and title*

                                          _____
                                                   *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

<table>
<tr><td>VOLKSWAGEN GROUP OF AMERICA, INC.,</td><td>)<br>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)<br>)</td><td>Civil Action No. 1:20-cv-01437</td></tr>
<tr><td>v.</td><td>)<br>)</td><td></td></tr>
<tr><td>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,</td><td>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Car Repair tool Store

ppdatool2@yeah.net

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Monica Riva Talley
> Sterne Kessler Goldstein & Fox, P.L.L.C.
> 1100 New York Ave., N.W., Suite 600
> Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

     0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     0 I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

     0 I returned the summons  unexecuted because _____ ; or

     0 Other *(specify):*

                                                                  .

My fees are $_____ for travel and $_____ for services, for a total of $    0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

                                  _____
                                                  *Server's signature*

                                  _____
                                              *Printed name and title*

                                  _____
                                               *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., <br><br> *Plaintiff(s)* <br> v. <br><br> THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:20-cv-01437 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CARDIAG Online Store

andy@kingbolen.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Monica Riva Talley
> Sterne Kessler Goldstein & Fox, P.L.L.C.
> 1100 New York Ave., N.W., Suite 600
> Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0 I returned the summons  unexecuted because _____ ; or

    0 Other *(specify):*

.

My fees are $_____ for travel and $_____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., <br><br> _Plaintiff(s)_ <br><br> v. <br><br> THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br><br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  1:20-cv-01437 |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

carfix Official Store

autolinktool@aol.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons  unexecuted because _____ ; or

☐ Other *(specify):*

.

My fees are $_____ for travel and $_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., <br><br> _____ <br><br> *Plaintiff(s)* <br><br> v. <br><br> THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br><br> _____ <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:20-cv-01437 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Carluck Diagnostic Devices Store

yanmeigong318@163.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0 I returned the summons  unexecuted because _____ ; or

    0 Other *(specify):*

                                                                            .

My fees are $_____for travel and $_____for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                                 _____

                                                     *Server's signature*

                                               _____

                                                     *Printed name and title*

                                               _____

                                                     *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

<table>
<tr><td>VOLKSWAGEN GROUP OF AMERICA, INC.,</td><td>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td><br><i>Plaintiff(s)</i></td><td>)<br>)</td><td>Civil Action No. 1:20-cv-01437</td></tr>
<tr><td>v.</td><td>)<br>)</td><td></td></tr>
<tr><td>THE UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED IN SCHEDULE A,</td><td>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

carobd2 device Store

cnbnbk@yeah.net

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

0  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

0  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

0  I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

0  I returned the summons  unexecuted because _____ ; or

0  Other *(specify):*

_____ .

My fees are $_____ for travel and $_____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., _____ *Plaintiff(s)* v. THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:20-cv-01437 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CARSON TOOLS Store

emily@autokcan.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

◯ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

◯ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

◯ I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

◯ I returned the summons  unexecuted because _____ ; or

◯ Other *(specify):*

.

My fees are $_____ for travel and $_____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | Civil Action No. 1:20-cv-01437 |
| v. | ) ) | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) ) | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

China FLYOBD Supplier Store

nailsbeauty@aliyun.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

⬭ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

⬭ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

⬭ I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

⬭ I returned the summons  unexecuted because _____ ; or

⬭ Other *(specify):*


                                                                                            .

My fees are $_____ for travel and $_____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date: _____                  _____
                                                        *Server's signature*

                                         _____
                                                      *Printed name and title*


                                         _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) ) ) ) ) ) ) |
| _Plaintiff(s)_ | |
| v. | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | |
| _Defendant(s)_ | |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

CHINA LKC TECH Store
3375509508@qq.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     0 I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

     0 I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     0 I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

     0 I returned the summons  unexecuted because _____ ; or

     0 Other *(specify):*

                                                               .

My fees are $_____ for travel and $_____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

                                             _____
                                                         *Server's signature*

                                             _____
                                                      *Printed name and title*

                                             _____
                                                       *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |  |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 1:20-cv-01437 |
| v. | ) ) | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CWAUTO Store

vkauto@outlook.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____         _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

⬡ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

⬡ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

⬡ I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

⬡ I returned the summons  unexecuted because _____ ; or

⬡ Other *(specify):*

.

My fees are $_____ for travel and $_____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., <br><br> _____ <br> *Plaintiff(s)* <br> v. <br><br> THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:20-cv-01437 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

DHCtech Store

3278504991@qq.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

  0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

  0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

  0 I served the summons on *(name  of individual)* _____ , who is

  designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

  0 I returned the summons  unexecuted because _____ ; or

  0 Other *(specify):*

                           .

My fees are $_____ for travel and $_____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____      _____

                    *Server's signature*

           _____

                    *Printed name and title*

           _____

                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | Civil Action No. 1:20-cv-01437 |
| v. | ) ) | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

DHOBD Supplier Store

182514058@qq.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name  of individual)* _____ , who is

  designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

    0 I returned the summons  unexecuted because _____ ; or

    0 Other *(specify):*

                                                                        .

My fees are \$_____ for travel and \$_____ for services, for a total of \$  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                                *Server's signature*

                                                     _____
                                                      *Printed name and title*

                                                     _____
                                                      *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) |
| _____ | ) |
| *Defendant(s)* | |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Diagnostic tool Specialty Store

obdatsmt@163.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

### PROOF OF SERVICE
#### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

◯ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

◯ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

◯ I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

◯ I returned the summons  unexecuted because _____ ; or

◯ Other *(specify):*

.

My fees are $_____ for travel and $_____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                                        *Server's signature*

                                                            _____
                                                                        *Printed name and title*

                                                            _____
                                                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

<table>
<tr><td>VOLKSWAGEN GROUP OF AMERICA, INC.,</td><td>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td><em>Plaintiff(s)</em></td><td>)<br>)</td><td>Civil Action No. 1:20-cv-01437</td></tr>
<tr><td>v.</td><td>)<br>)</td><td></td></tr>
<tr><td>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,</td><td>)<br>)<br>)</td><td></td></tr>
<tr><td><em>Defendant(s)</em></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Dreaming Cloud Store

2980151932@qq.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

     0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     0 I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

     0 I returned the summons  unexecuted because _____ ; or

     0 Other *(specify):*

                                                           .

My fees are $_____ for travel and $_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                    _____
                                              *Server's signature*

                                    _____
                                             *Printed name and title*

                                    _____
                                               *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., <br><br> _Plaintiff(s)_ <br><br> v. <br><br> THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br><br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 1:20-cv-01437 |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

DROBD Store

drobd01@163.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____

_____

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     O I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

     O I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     O I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

     O I returned the summons  unexecuted because _____ ; or

     O Other *(specify):*

                                                         .

My fees are $_____ for travel and $_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                       _____
                                                      *Server's signature*

                                       _____
                                              *Printed name and title*

                                       _____
                                             *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) |
| _Plaintiff(s)_ | ) ) |
| v. | ) ) |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) ) |
| _Defendant(s)_ | ) |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

DYOBD Store

dysalesmanager@gmail.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0 I returned the summons  unexecuted because _____ ; or

    0 Other *(specify):*

                                                       .

My fees are $_____ for travel and $_____ for services, for a total of $ _____0.00_____ .


I declare under penalty of perjury that this information is true.


Date: _____                    _____

                                                      *Server's signature*

                                                      *Printed name and title*

                                                      *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | Civil Action No. 1:20-cv-01437 |
| v. | ) ) | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ECU KCAN CO LIMITED

alice1@autokcan.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

◯ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

◯ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

◯ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

◯ I returned the summons unexecuted because _____ ; or

◯ Other *(specify):*

.

My fees are $_____ for travel and $_____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) ) |
| *Defendant(s)* | |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ECUCAR

obdchip@126.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name of individual)* _____ , who is

 designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0 I returned the summons unexecuted because _____ ; or

    0 Other *(specify):*

                                           .

My fees are $_____ for travel and $_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                    _____
                                            *Server's signature*

                                    _____
                                          *Printed name and title*

                                    _____
                                            *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., <br><br> *Plaintiff(s)* <br><br> v. <br><br> THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:20-cv-01437 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ECUTOOL Store

xcarkeys@gmail.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

◯ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

◯ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

◯ I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

◯ I returned the summons  unexecuted because _____ ; or

◯ Other *(specify):*

.

My fees are $_____ for travel and $_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                          *Server's signature*

                                                          _____
                                                          *Printed name and title*

                                                          _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., <br><br> _____ <br> *Plaintiff(s)* <br> v. <br><br> THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

EDIAG Official Store

kingbolen2@hotmail.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     O I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

     O I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     O I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

     O I returned the summons  unexecuted because _____ ; or

     O Other *(specify):*

.

My fees are $_____ for travel and $_____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

<table>
<tr><td>VOLKSWAGEN GROUP OF AMERICA, INC.,</td><td>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td><hr></td><td>)<br>)</td><td></td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)</td><td>Civil Action No. 1:20-cv-01437</td></tr>
<tr><td>v.</td><td>)<br>)</td><td></td></tr>
<tr><td>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,</td><td>)<br>)<br>)</td><td></td></tr>
<tr><td><hr></td><td>)</td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td></td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

EKETOOL CarCare Store

eketool@163.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name  of individual)* _____ , who is

  designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0 I returned the summons  unexecuted because _____ ; or

    0 Other *(specify):*

_____ .

My fees are $_____ for travel and $_____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____         _____

                                                     *Server's signature*

                               _____

                                              *Printed name and title*

                               _____

                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |  |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., |  ) ) ) ) |  |
| _____ |  ) |  |
| *Plaintiff(s)* |  ) ) | Civil Action No. 1:20-cv-01437 |
| v. |  ) |  |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, |  ) ) ) |  |
| _____ |  ) |  |
| *Defendant(s)* |  |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ELAMBO Tech Co., Ltd Store

elambo_1@yeah.net

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Monica Riva Talley
    Sterne Kessler Goldstein & Fox, P.L.L.C.
    1100 New York Ave., N.W., Suite 600
    Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

⚪ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

⚪ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

⚪ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

⚪ I returned the summons unexecuted because _____ ; or

⚪ Other *(specify):*

.

My fees are $_____ for travel and $_____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                            *Server's signature*

                                          _____
                                            *Printed name and title*

                                          _____
                                            *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) ) ) ) ) ) ) |
| *Plaintiff(s)* | |
| v. | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | |
| *Defendant(s)* | |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ExcellentOBD Store

2659331037@qq.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

### PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name of individual)* _____ , who is

  designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0 I returned the summons  unexecuted because _____ ; or

    0 Other *(specify):*

.

My fees are $_____ for travel and $_____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

                                          _____
                                                  *Server's signature*

                                          _____
                                             *Printed name and title*

                                          _____
                                                  *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | Civil Action No. 1:20-cv-01437 |
| v. | ) ) | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Flx Car Electric Store
627592691@qq.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

     0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     0 I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

     0 I returned the summons  unexecuted because _____ ; or

     0 Other *(specify):*

.

My fees are $_____ for travel and $_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

<table>
<tr><td>VOLKSWAGEN GROUP OF AMERICA, INC.,</td><td>)<br>)<br>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)</td><td>Civil Action No. 1:20-cv-01437</td></tr>
<tr><td>v.</td><td>)<br>)</td><td></td></tr>
<tr><td>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,</td><td>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td></td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Fly OBD Store
csr01@ymdz2016.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name of individual)* _____ , who is

  designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0 I returned the summons unexecuted because _____ ; or

    0 Other *(specify):*

    .

My fees are $_____ for travel and $_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) |
| _____ | ) |
| *Defendant(s)* | |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

fossiauto Store

store02@fossi.cn

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

    0 I returned the summons unexecuted because _____ ; or

    0 Other *(specify):*

                        .

My fees are $_____ for travel and $_____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

gamesalor fashion

fashionstore2050@hotmail.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name  of individual)* _____ , who is

  designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0 I returned the summons  unexecuted because _____ ; or

    0 Other *(specify):*

                                                             .

My fees are $_____ for travel and $_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                                  _____

                                                  *Server's signature*

                                                  _____

                                                  *Printed name and title*

                                                  _____

                                                  *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |  |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 1:20-cv-01437 |
| v. | ) ) | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) ) | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Garage666888 Store

ababy2953@qq.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Monica Riva Talley
> Sterne Kessler Goldstein & Fox, P.L.L.C.
> 1100 New York Ave., N.W., Suite 600
> Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name  of individual)* _____ , who is

  designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0 I returned the summons  unexecuted because _____ ; or

    0 Other *(specify):*

  .

My fees are $_____ for travel and $_____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

                                       _____
                                                *Server's signature*

                                       _____
                                            *Printed name and title*

                                       _____
                                             *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

<table>
<tr><td>VOLKSWAGEN GROUP OF AMERICA, INC.,</td><td>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td><br>_____<br><i>Plaintiff(s)</i></td><td>)<br>)<br>)</td><td>Civil Action No.  1:20-cv-01437</td></tr>
<tr><td>v.</td><td>)<br>)</td><td></td></tr>
<tr><td>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br>_____<br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

GoCar GoCar Store

gocargocar@163.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Monica Riva Talley
    Sterne Kessler Goldstein & Fox, P.L.L.C.
    1100 New York Ave., N.W., Suite 600
    Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

### PROOF OF SERVICE
#### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0 I returned the summons  unexecuted because _____ ; or

    0 Other *(specify):*

                                                                                                .

My fees are $_____ for travel and $_____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                              _____
                                                    *Server's signature*

                                            _____
                                                *Printed name and title*

                                            _____
                                                *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 1:20-cv-01437 |
| v. | ) ) | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

goodobd Store

3278235@qq.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    O I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

    O I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    O I served the summons on *(name  of individual)* _____ , who is

  designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

    O I returned the summons  unexecuted because _____ ; or

    O Other *(specify):*

                                                         .

My fees are $_____ for travel and $_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                          _____
                                                *Server's signature*

                                          _____
                                                *Printed name and title*

                                          _____
                                                *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., _____ *Plaintiff(s)* v. THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, _____ *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

High-Quality Car Diagnostic Tool Store

raceobd@aliyun.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     O I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

     O I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     O I served the summons on *(name  of individual)* _____ , who is

   designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

     O I returned the summons  unexecuted because _____ ; or

     O Other *(specify):*

                                                                           .

My fees are $_____for travel and $_____for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

                                           _____
                                                          *Server's signature*

                                           _____
                                                  *Printed name and title*

                                           _____
                                                   *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

<table>
<tr><td>VOLKSWAGEN GROUP OF AMERICA, INC.,</td><td>)<br>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)</td><td>Civil Action No.  1:20-cv-01437</td></tr>
<tr><td>v.</td><td>)<br>)</td><td></td></tr>
<tr><td>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,</td><td>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ITCARDIAG Direct Store

shirui@itcardiag.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

0 I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

0 I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

0 I served the summons on *(name  of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

0 I returned the summons  unexecuted because _____ ; or

0 Other *(specify):*

                                                                                              .

My fees are $_____ for travel and $_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                         *Server's signature*

                                                    _____
                                                         *Printed name and title*

                                                    _____
                                                         *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., <br><br> *Plaintiff(s)* <br><br> v. <br><br> THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

KINGBOLEN Store

kingbolen03@hotmail.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

О I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

О I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

О I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

О I returned the summons unexecuted because _____ ; or

О Other *(specify):*

.

My fees are $_____ for travel and $_____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                              *Server's signature*

                                    _____
                                              *Printed name and title*

                                    _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., _____ *Plaintiff(s)* v. THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

KINGBOLENOBD Store

kingbolenobd2@hotmail.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

### PROOF OF SERVICE
#### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

O I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

O I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

O I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

O I returned the summons  unexecuted because _____ ; or

O Other *(specify):*

_____ .

My fees are $_____ for travel and $_____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

<table>
<tr><td>VOLKSWAGEN GROUP OF AMERICA, INC.,</td><td>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td>_____<br>*Plaintiff(s)*</td><td>)<br>)</td><td>Civil Action No. 1:20-cv-01437</td></tr>
<tr><td>v.</td><td>)<br>)</td><td></td></tr>
<tr><td>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,</td><td>)<br>)<br>)</td><td></td></tr>
<tr><td>_____<br>*Defendant(s)*</td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

KingDiag Store
1621777187@qq.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0 I returned the summons  unexecuted because _____ ; or

    0 Other *(specify):*

                                                                                                                     .

My fees are $_____ for travel and $_____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____          _____

                                                 *Server's signature*

                                 _____

                                          *Printed name and title*

                                 _____

                                                *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., <br><br> _____ <br> *Plaintiff(s)* <br> v. <br><br> THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

KWIOBD Store

kewei008@aliyun.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____       _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

0 I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

0 I returned the summons  unexecuted because _____ ; or

0 Other *(specify):*

.

My fees are $_____ for travel and $_____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                              *Server's signature*

                                         _____
                                              *Printed name and title*

                                         _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

<table>
<tr><td>VOLKSWAGEN GROUP OF AMERICA, INC.,</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Plaintiff(s)</i></td><td></td><td>Civil Action No. 1:20-cv-01437</td></tr>
<tr><td>v.</td><td></td><td></td></tr>
<tr><td>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,</td><td></td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td></td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
LOGASMART Autogas OBD2 Tools Store
sales1@chinalogas.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name  of individual)* _____ , who is

   designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0 I returned the summons  unexecuted because _____ ; or

    0 Other *(specify):*

                                                                              .

My fees are $_____ for travel and $_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                                     _____
                                                           *Server's signature*

                                                           _____
                                                          *Printed name and title*

                                                           _____
                                                           *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | Civil Action No. 1:20-cv-01437 |
| v. | ) ) | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

LVC OBD X431. Store

lvcchina06@hotmail.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0 I returned the summons  unexecuted because _____ ; or

    0 Other *(specify):*

                                                                   .

My fees are $_____ for travel and $_____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

                                        _____
                                                     *Server's signature*

                                         _____
                                                *Printed name and title*

                                         _____
                                                 *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

<table>
<tr><td>VOLKSWAGEN GROUP OF AMERICA, INC.,</td><td>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td> <i>Plaintiff(s)</i> </td><td>)<br>)</td><td>Civil Action No. 1:20-cv-01437</td></tr>
<tr><td> v. </td><td>)<br>)</td><td></td></tr>
<tr><td>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,</td><td>)<br>)<br>)</td><td></td></tr>
<tr><td> <i>Defendant(s)</i> </td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Marscare Store

14462086@qq.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Monica Riva Talley
> Sterne Kessler Goldstein & Fox, P.L.L.C.
> 1100 New York Ave., N.W., Suite 600
> Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

◯ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

◯ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

◯ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

◯ I returned the summons unexecuted because _____ ; or

◯ Other *(specify):*

.

My fees are $_____ for travel and $_____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                      *Server's signature*

                                  _____
                                      *Printed name and title*

                                  _____
                                      *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., _____ *Plaintiff(s)* v. THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MeterOBD Store

510517145@qq.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

⃝ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

⃝ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

⃝ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

⃝ I returned the summons unexecuted because _____ ; or

⃝ Other *(specify):*

_____ .

My fees are $_____ for travel and $_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____                         _____
                                                                 *Server's signature*

                                                                 _____
                                                                 *Printed name and title*

                                                                 _____
                                                                 *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |  |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | Civil Action No. 1:20-cv-01437 |
| v. | | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

M-OBDTOOLS Store

obdauto1@126.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    O  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    O  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    O  I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    O  I returned the summons  unexecuted because _____ ; or

    O  Other *(specify):*

                                                                    .

My fees are $_____ for travel and $_____ for services, for a total of $   0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

                                             _____
                                                         *Server's signature*

                                             _____
                                                    *Printed name and title*

                                             _____
                                                       *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |  |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | Civil Action No. 1:20-cv-01437 |
| v. | | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MOTOBD Store

carlimo@126.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     O I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

     O I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     O I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

     O I returned the summons unexecuted because _____ ; or

     O Other *(specify):*

     .

My fees are $_____ for travel and $_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____           _____
                                              *Server's signature*

                                          _____
                                            *Printed name and title*

                                            _____
                                            *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., _____ *Plaintiff(s)* v. THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

NaHai Tech Co.,LTD Store

melinda@autokcan.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

     0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     0 I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

     0 I returned the summons  unexecuted because _____ ; or

     0 Other *(specify):*

                                                                            .

My fees are $_____ for travel and $_____ for services, for a total of $ _____ 0.00 ___ .

I declare under penalty of perjury that this information is true.

Date: _____             _____

                                               *Server's signature*

                          _____

                                           *Printed name and title*

                          _____

                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | )<br>)<br>)<br>) |
| _Plaintiff(s)_ | )<br>)<br>) |
| v. | )<br>) |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | )<br>)<br>) |
| _Defendant(s)_ | ) |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Newswan Tool & Instrument 04 Store

store04@newswan.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0 I returned the summons unexecuted because _____ ; or

    0 Other *(specify):*

                                                                                             .

My fees are $_____ for travel and $_____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

                                    _____

                                               *Server's signature*

                                    _____

                                             *Printed name and title*

                                    _____

                                             *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) ) ) ) ) ) ) |
| *Plaintiff(s)* | |
| v. | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | |
| *Defendant(s)* | |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

NICEOBD Store
963462009@qq.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

### PROOF OF SERVICE
#### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

 0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

 0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

 0 I served the summons on *(name of individual)* _____ , who is

 designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

 0 I returned the summons unexecuted because _____ ; or

 0 Other *(specify):*

                              .

My fees are $_____ for travel and $_____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

             _____
                 *Server's signature*

             _____
               *Printed name and title*

             _____
                *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) ) ) ) ) ) ) | |
| _Plaintiff(s)_ | | Civil Action No. 1:20-cv-01437 |
| v. | | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | | |
| _Defendant(s)_ | | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

OBD Discount Store

obddiscount@163.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

### PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    O I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    O I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    O I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    O I returned the summons  unexecuted because _____ ; or

    O Other *(specify):*

                                                                                          .

My fees are $_____ for travel and $_____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

                                      _____
                                                *Server's signature*

                                      _____
                                            *Printed name and title*

                                      _____
                                            *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |  |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 1:20-cv-01437 |
| v. | ) ) | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

OBD FOX Store

kingbolen36@hotmail.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0 I returned the summons  unexecuted because _____ ; or

    0 Other *(specify):*

                                                                                                    .

My fees are $_____ for travel and $_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                                   _____
                                                            *Server's signature*

                                                   _____
                                               *Printed name and title*

                                                   _____
                                               *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | )
VOLKSWAGEN GROUP OF AMERICA, INC., | )

*Plaintiff(s)*

v.

THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,

*Defendant(s)*

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

OBD KCAN CO LIMITED

susan1@autokcan.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    O  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    O  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    O  I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    O  I returned the summons  unexecuted because _____ ; or

    O  Other *(specify):*

    .

My fees are $_____ for travel and $_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                *Server's signature*

                              _____
                                              *Printed name and title*

                              _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

OBD2 car Diagnostic connector Store

xiangzi1119@hsdk01.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     O I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

     O I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     O I served the summons on *(name  of individual)* _____ , who is

   designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

     O I returned the summons  unexecuted because _____ ; or

     O Other *(specify):*

                                                                .

My fees are $_____ for travel and $_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                           _____
                                                            *Server's signature*

                                           _____
                                                          *Printed name and title*

                                           _____
                                                             *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |  |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | Civil Action No. 1:20-cv-01437 |
| v. | | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

obd2 car diagnostic Store

autoolsales@yeah.net

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

⭘ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

⭘ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

⭘ I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

⭘ I returned the summons  unexecuted because _____ ; or

⭘ Other *(specify):*

.

My fees are $_____ for travel and $_____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____              _____
                                                                       *Server's signature*

                                                       _____
                                                                       *Printed name and title*

                                                       _____
                                                                       *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) ) ) ) ) ) ) |
| *Plaintiff(s)* | |
| v. | Civil Action No. 1:20-cv-01437 |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | |
| *Defendant(s)* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

OBD2 Device Store

ppdatool@yeah.net

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

　　　0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

　　　0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

　　　0 I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

　　　0 I returned the summons  unexecuted because _____ ; or

　　　0 Other *(specify):*

_____ .

My fees are $_____ for travel and $_____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
　　　　　　　　　　　　　　　　　　　　　　　　　*Server's signature*

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　*Printed name and title*

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., <br><br> _____ <br><br> *Plaintiff(s)* <br><br> v. <br><br> THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br> _____ <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:20-cv-01437 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

OBD2 Diag Tools Store

seller02@kingobdtool.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____       _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

O I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

O I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

O I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

O I returned the summons  unexecuted because _____ ; or

O Other *(specify):*

_____ .

My fees are $_____ for travel and $_____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                                     *Server's signature*

                                        _____
                                                     *Printed name and title*

                                        _____
                                                     *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) ) |
| *Defendant(s)* | |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

obd2 diagnostic scanner Store

elambo@yeah.net

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

     0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     0 I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

     0 I returned the summons  unexecuted because _____ ; or

     0 Other *(specify):*

                                                       .

My fees are $_____ for travel and $_____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____

                                            *Server's signature*

                                   _____

                                     *Printed name and title*

                                   _____

                                     *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |  |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 1:20-cv-01437 |
| v. | ) ) | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

OBD2 OBDII Store

3465181099@qq.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    O I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    O I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    O I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    O I returned the summons unexecuted because _____ ; or

    O Other *(specify):*

                                                                                                                                .

My fees are $_____ for travel and $_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                       _____
                                             *Server's signature*

                                       _____
                                          *Printed name and title*

                                       _____
                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

VOLKSWAGEN GROUP OF AMERICA,
INC.,

_____

*Plaintiff(s)*

v.

THE UNINCORPORATED ASSOCIATIONS
IDENTIFIED IN SCHEDULE A,

_____

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

OBD2 Store

1871141631@qq.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons  unexecuted because _____ ; or

☐ Other *(specify):*

.

My fees are $_____ for travel and $_____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                              *Server's signature*

                                                              _____
                                                              *Printed name and title*

                                                              _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) |
| *Plaintiff(s)* | ) ) ) |
| v. | ) ) |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) ) |
| *Defendant(s)* | |

Civil Action No.  1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

OBD2 Tech Store

2853551832@qq.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

O I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

O I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

O I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

O I returned the summons  unexecuted because _____ ; or

O Other *(specify):*

_____ .

My fees are $_____ for travel and $_____ for services, for a total of $ _____ 0.00 _____ .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                             *Server's signature*

                                                        _____
                                                             *Printed name and title*

                                                        _____
                                                             *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |  |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | Civil Action No. 1:20-cv-01437 |
| v. | | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

OBD2 Wonder Store

szobd2@126.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Monica Riva Talley
> Sterne Kessler Goldstein & Fox, P.L.L.C.
> 1100 New York Ave., N.W., Suite 600
> Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ○ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ○ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ○ I served the summons on *(name  of individual)* _____ , who is

     designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ○ I returned the summons  unexecuted because _____ ; or

    ○ Other *(specify):*

                                                       .

My fees are $_____ for travel and $_____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

                                               _____
                                                              *Server's signature*

                                               _____
                                                       *Printed name and title*

                                               _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

<table>
<tr><td>

VOLKSWAGEN GROUP OF AMERICA, INC.,

_____

*Plaintiff(s)*

v.

THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,

_____

*Defendant(s)*

</td><td>

)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)

</td><td>

Civil Action No. 1:20-cv-01437

</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

OBD2Device Auto Diagnostic tools Factory

1648549751@qq.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0 I returned the summons  unexecuted because _____ ; or

    0 Other *(specify):*

                                                .

My fees are $_____ for travel and $_____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                               *Server's signature*

                                    _____
                                          *Printed name and title*

                                    _____
                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., <br><br> _____ <br> *Plaintiff(s)* <br> v. <br><br> THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br> _____ <br> *Defendant(s)* | Civil Action No.  1:20-cv-01437 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

obd2home Store

sales21@acartool.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

O I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

O I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

O I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

O I returned the summons  unexecuted because _____ ; or

O Other *(specify):*

.

My fees are $_____ for travel and $_____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) ) |
| *Defendant(s)* | |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

OBDCAR Store

obdtool520@qq.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0 I returned the summons  unexecuted because _____ ; or

    0 Other *(specify):*

                                                                      .

My fees are $_____ for travel and $_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____                 _____

                                                *Server's signature*

                          _____

                                      *Printed name and title*

                          _____

                                      *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |  |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | Civil Action No. 1:20-cv-01437 |
| v. | ) ) | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

obdfactory Store

udy@autokcan.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Monica Riva Talley
> Sterne Kessler Goldstein & Fox, P.L.L.C.
> 1100 New York Ave., N.W., Suite 600
> Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

O I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

O I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

O I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

O I returned the summons  unexecuted because _____ ; or

O Other *(specify):*

.

My fees are $_____ for travel and $_____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                        *Server's signature*

                                                        _____
                                                        *Printed name and title*

                                                        _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) |
| _Plaintiff(s)_ | ) ) |
| v. | ) ) |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) |
| _Defendant(s)_ | ) |

Civil Action No.  1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

OBDiag Center

oemmall@163.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    O I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    O I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    O I served the summons on *(name  of individual)* _____ , who is

   designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    O I returned the summons  unexecuted because _____ ; or

    O Other *(specify):*

                                                 .

My fees are $_____ for travel and $_____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                  _____
                                          *Server's signature*

                                    _____
                                          *Printed name and title*

                                    _____
                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) ) ) ) ) ) ) |
| *Plaintiff(s)* | |
| v. | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | |
| *Defendant(s)* | |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

OBDII Center Store

xtydiagmall@126.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     O I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

     O I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     O I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

     O I returned the summons unexecuted because _____ ; or

     O Other *(specify):*

.

My fees are $_____ for travel and $_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |  |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) ) ) ) ) ) ) |  |
| *Plaintiff(s)* |  | Civil Action No. 1:20-cv-01437 |
| v. |  |  |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, |  |  |
| *Defendant(s)* |  |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

OBDII diag Store

uautoscanner@yeah.net

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     O I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

     O I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     O I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

     O I returned the summons  unexecuted because _____ ; or

     O Other *(specify):*

                                                           .

My fees are $_____ for travel and $_____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

                                                   _____
                                                         *Server's signature*

                                                   _____
                                                   *Printed name and title*

                                                   _____
                                                   *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., <br><br> *Plaintiff(s)* <br> v. <br><br> THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:20-cv-01437 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

OBDII TOOL Store

obd1@autokcan.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Monica Riva Talley
> Sterne Kessler Goldstein & Fox, P.L.L.C.
> 1100 New York Ave., N.W., Suite 600
> Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0 I returned the summons  unexecuted because _____ ; or

    0 Other *(specify):*

                                                                  .

My fees are $_____ for travel and $_____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                      _____
                                           *Server's signature*

                                        _____
                                         *Printed name and title*

                                        _____
                                         *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

<table>
<tr><td>VOLKSWAGEN GROUP OF AMERICA, INC.,</td><td>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)<br>)</td><td>Civil Action No. 1:20-cv-01437</td></tr>
<tr><td>v.</td><td>)<br>)</td><td></td></tr>
<tr><td>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,</td><td>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

OBDIICAT Official Store

979514272@qq.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Monica Riva Talley
> Sterne Kessler Goldstein & Fox, P.L.L.C.
> 1100 New York Ave., N.W., Suite 600
> Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name  of individual)* _____ , who is

    designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

    0 I returned the summons  unexecuted because _____ ; or

    0 Other *(specify):*

    .

My fees are $_____ for travel and $_____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____      _____

                                         *Server's signature*

                          _____

                                      *Printed name and title*

                          _____

                                      *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., <br><br> *Plaintiff(s)* <br><br> v. <br><br> THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:20-cv-01437 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Obdiiwholesale Co.,Ltd.

obdiiwholesale8@hotmail.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____         _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0 I returned the summons  unexecuted because _____ ; or

    0 Other *(specify):*

                                                                                                                                  .

My fees are \$_____ for travel and \$_____ for services, for a total of \$    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

                                                    _____
                                                                              *Server's signature*

                                                    _____
                                                                 *Printed name and title*

                                                    _____
                                                                 *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) ) ) ) ) ) ) |
| *Plaintiff(s)* | |
| v. | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | |
| *Defendant(s)* | |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
OBDOBD2 Electronic Tech Co.,Ltd
diagmall@126.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

  0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

  0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

  0 I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

  0 I returned the summons  unexecuted because _____ ; or

  0 Other *(specify)*:

_____ .

My fees are $_____ for travel and $_____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____      _____
                     *Server's signature*

                   _____
                     *Printed name and title*

                   _____
                     *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., <br><br> _Plaintiff(s)_ <br> v. <br><br> THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br><br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:20-cv-01437 |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

OBDOBD2 Tech Support Store

kellyyouch@foxmail.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

⃝ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

⃝ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

⃝ I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

⃝ I returned the summons  unexecuted because _____ ; or

⃝ Other *(specify):*

.

My fees are $_____ for travel and $_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |  |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | Civil Action No. 1:20-cv-01437 |
| v. | | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

OBDPEAK CAR Store
he18717169933@163.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

     0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     0 I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

     0 I returned the summons unexecuted because _____ ; or

     0 Other *(specify):*

                                                                                   .

My fees are $_____ for travel and $_____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                 *Server's signature*

                                    _____
                                             *Printed name and title*

                                    _____
                                                *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) ) ) ) ) ) ) |
| *Plaintiff(s)* | |
| v. | Civil Action No. 1:20-cv-01437 |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | |
| *Defendant(s)* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

OBDPRO Store
csr004@ymdz2016.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

     0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     0 I served the summons on *(name  of individual)* _____ , who is

   designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

     0 I returned the summons  unexecuted because _____ ; or

     0 Other *(specify):*

                                                  .

My fees are \$_____ for travel and \$_____ for services, for a total of \$   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

                                  _____
                                            *Server's signature*

                                  _____
                                          *Printed name and title*

                                  _____
                                            *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

obdsell Store

chenxing363@foxmail.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

.

My fees are $_____ for travel and $_____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) ) ) ) ) ) ) |
| *Plaintiff(s)* | |
| v. | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | |
| *Defendant(s)* | |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

obdsupermarket Store

tracy.zhou.china@gmail.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

    O I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

    O I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

    O I served the summons on *(name  of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

    O I returned the summons  unexecuted because _____ ; or

    O Other *(specify):*

                                                 .

My fees are $_____ for travel and $_____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____
                                   _____
                                             *Server's signature*

                                   _____
                                          *Printed name and title*

                                   _____
                                            *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) ) ) ) ) ) ) |
| *Plaintiff(s)* | |
| v. | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | |
| *Defendant(s)* | |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

obdword Store

raceauto2@yeah.net

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name  of individual)* _____ , who is

 designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0 I returned the summons  unexecuted because _____ ; or

    0 Other *(specify):*

    .

My fees are $_____ for travel and $_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

                              _____
                                            *Server's signature*

                              _____
                                            *Printed name and title*

                              _____
                                            *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., <br><br> _____ <br><br> *Plaintiff(s)* <br> v. <br><br> THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br> _____ <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:20-cv-01437 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

PRO OBD2 Tool Store

autoscannertool@163.com

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Monica Riva Talley
        Sterne Kessler Goldstein & Fox, P.L.L.C.
        1100 New York Ave., N.W., Suite 600
        Washington, DC 20005-3934

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name of individual)* _____ , who is

  designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0 I returned the summons  unexecuted because _____ ; or

    0 Other *(specify):*

                                                                    .

My fees are $_____ for travel and $_____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

                                      _____
                                                     *Server's signature*

                                      _____
                                             *Printed name and title*

                                      _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

professional obd store--best after sale service

1464716871@qq.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0 I returned the summons  unexecuted because _____ ; or

    0 Other *(specify):*

                                                     .

My fees are $_____ for travel and $_____ for services, for a total of $ _____ 0.00 _____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                         _____
                                                  *Server's signature*

                                         _____
                                              *Printed name and title*

                                         _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., <br><br> _____ <br> *Plaintiff(s)* <br> v. <br><br> THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:20-cv-01437 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Professional OBD Tool Store

1464716871@qq.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

     0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     0 I served the summons on *(name  of individual)* _____ , who is

     designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

     0 I returned the summons  unexecuted because _____ ; or

     0 Other *(specify):*

                                                             .

My fees are $_____ for travel and $_____ for services, for a total of $     0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

                               _____
                                                       *Server's signature*

                               _____
                                             *Printed name and title*

                               _____
                                                   *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., <br><br> *Plaintiff(s)* <br> v. <br><br> THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Race Diagnostic Tools Store
raceobd1@aliyun.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0 I returned the summons unexecuted because _____ ; or

    0 Other *(specify):*

.

My fees are $_____ for travel and $_____ for services, for a total of $    0.00 .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                  *Server's signature*

                                         _____
                                                  *Printed name and title*

                                         _____
                                                  *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., _____ *Plaintiff(s)* v. THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

R-aceauto Online Store

raceobd5@yeah.net

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0 I returned the summons  unexecuted because _____ ; or

    0 Other *(specify):*

                                                  .

My fees are $_____ for travel and $_____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

                                         _____
                                               *Server's signature*

                                         _____
                                            *Printed name and title*

                                         _____
                                            *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) |
| *Plaintiff(s)* | ) ) Civil Action No. 1:20-cv-01437 |
| v. | ) ) |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

RaceObd Diagnostic Tool Store
raceobd5@aliyun.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0 I returned the summons  unexecuted because _____ ; or

    0 Other *(specify):*

.

My fees are $_____ for travel and $_____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) Civil Action No. 1:20-cv-01437 |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

ReDiag Store
rediag@163.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

     0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     0 I served the summons on *(name  of individual)* _____ , who is

  designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

     0 I returned the summons  unexecuted because _____ ; or

     0 Other *(specify):*

                                                                              .

My fees are $_____ for travel and $_____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

                                                          _____
                                                                *Server's signature*

                                                          _____
                                                   *Printed name and title*

                                                            _____
                                                   *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | )<br>)<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | )<br>) |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | )<br>)<br>) |
| *Defendant(s)* | |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Rhcartool Store

info@rhcartool.com

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

          Monica Riva Talley
          Sterne Kessler Goldstein & Fox, P.L.L.C.
          1100 New York Ave., N.W., Suite 600
          Washington, DC 20005-3934

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0 I returned the summons  unexecuted because _____ ; or

    0 Other *(specify):*

_____ .

My fees are $_____ for travel and $_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., <br><br> *Plaintiff(s)* <br><br> v. <br><br> THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:20-cv-01437 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Shenzhen Race Automobile Technology Co., Ltd.

sales@raceauto.net

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name  of individual)* _____ , who is

  designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0 I returned the summons  unexecuted because _____ ; or

    0 Other *(specify):*

    .

My fees are $_____ for travel and $_____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

                                           *Server's signature*

                                         *Printed name and title*

                                       *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) ) |
| *Defendant(s)* | |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ShenZhen The Best One Technology Limited

amyobd2@sina.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

O I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

O I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

O I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

O I returned the summons  unexecuted because _____ ; or

O Other *(specify):*


.

My fees are $_____ for travel and $_____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                              *Server's signature*

                                            _____
                                              *Printed name and title*


                                            _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | )
VOLKSWAGEN GROUP OF AMERICA, INC., | )
_Plaintiff(s)_ | )
v. | )
THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | )
_Defendant(s)_ | )

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Shenzhen Tong Heng Co., Ltd.

adar@autokcan.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons  unexecuted because _____ ; or

☐ Other *(specify):*

.

My fees are $_____ for travel and $_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) |
| _____ | ) |
| *Defendant(s)* | |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SHENZHEN YTCARTOOL Store
zhuoyaodaxian@126.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

○ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

○ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

○ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

○ I returned the summons unexecuted because _____ ; or

○ Other *(specify):*

.

My fees are $_____ for travel and $_____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                _____
                                                                    *Server's signature*

                                                                    _____
                                                                    *Printed name and title*

                                                                    _____
                                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) |
| _Plaintiff(s)_ | ) ) Civil Action No. 1:20-cv-01437 |
| v. | ) ) |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Shop1904891 Store

raceobd3@aliyun.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Monica Riva Talley
> Sterne Kessler Goldstein & Fox, P.L.L.C.
> 1100 New York Ave., N.W., Suite 600
> Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0 I returned the summons  unexecuted because _____ ; or

    0 Other *(specify):*

                                                      .

My fees are $_____ for travel and $_____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

                                            _____
                                                        *Server's signature*

                                            _____
                                                   *Printed name and title*

                                            _____
                                                   *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | )  |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| | ) |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Shop2351002 Store

raceobd9@yeah.net

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name  of individual)* _____ , who is

    designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0 I returned the summons  unexecuted because _____ ; or

    0 Other *(specify):*

                                                     .

My fees are $_____ for travel and $_____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

                                          _____
                                                       *Server's signature*

                                                 _____
                                                  *Printed name and title*

                                                 _____
                                                     *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 1:20-cv-01437 |
| v. | ) ) | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) ) | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Shop5082400 Store

1917997297@qq.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     O I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

     O I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     O I served the summons on *(name  of individual)* _____ , who is

   designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

     O I returned the summons  unexecuted because _____ ; or

     O Other *(specify):*

                                                             .

My fees are $_____ for travel and $_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                               _____
                                                              *Server's signature*

                                               _____
                                                              *Printed name and title*

                                               _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

<table>
<tr><td>VOLKSWAGEN GROUP OF AMERICA, INC.,</td><td>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)<br>)</td><td>Civil Action No.  1:20-cv-01437</td></tr>
<tr><td>v.</td><td>)<br>)</td><td></td></tr>
<tr><td>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,</td><td>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Shop5280016 Store

sales01@autelx431.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name  of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons  unexecuted because _____ ; or

☐ Other *(specify):*

_____ .

My fees are $_____ for travel and $_____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____                _____
                                          *Server's signature*

                                     _____
                                          *Printed name and title*

                                     _____
                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

<table>
<tr><td>VOLKSWAGEN GROUP OF AMERICA, INC.,</td><td>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td>_____<br><i>Plaintiff(s)</i></td><td>)<br>)</td><td>Civil Action No. 1:20-cv-01437</td></tr>
<tr><td>v.</td><td>)<br>)</td><td></td></tr>
<tr><td>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br>_____<br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Shop5590031 Store

qimopei2020@outlook.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0 I returned the summons unexecuted because _____ ; or

    0 Other *(specify):*

    .

My fees are $_____ for travel and $_____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                            _____
                                                         *Server's signature*

                                            _____
                                                    *Printed name and title*

                                            _____
                                                       *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

<table>
<tr><td>VOLKSWAGEN GROUP OF AMERICA,<br>INC.,</td><td>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td> <i>Plaintiff(s)</i> </td><td>)<br>)</td><td>Civil Action No. 1:20-cv-01437</td></tr>
<tr><td> v. </td><td>)<br>)</td><td></td></tr>
<tr><td>THE UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED IN SCHEDULE A,</td><td>)<br>)<br>)</td><td></td></tr>
<tr><td> <i>Defendant(s)</i> </td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Shop5881255 Store

2428905425@qq.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0 I returned the summons  unexecuted because _____ ; or

    0 Other *(specify):*

                                                                                                   .

My fees are $_____ for travel and $_____ for services, for a total of $ _____ 0.00 _____ .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                        *Server's signature*

                                           _____
                                           *Printed name and title*

                                           _____
                                           *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., <br><br> *Plaintiff(s)* <br> v. <br><br> THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:20-cv-01437 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SmartCBest EasyHand Store
zolichina51@hotmail.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name  of individual)* _____ , who is

  designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0 I returned the summons  unexecuted because _____ ; or

    0 Other *(specify):*

                                                              .

My fees are $_____ for travel and $_____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____                     _____
                                                *Server's signature*

                                            _____
                                                *Printed name and title*

                                            _____
                                                *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) ) ) ) ) ) ) | |
| _Plaintiff(s)_ | | Civil Action No. 1:20-cv-01437 |
| v. | | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | | |
| _Defendant(s)_ | | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

SuperTool Store
934242072@qq.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

### PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

     0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     0 I served the summons on *(name  of individual)* _____ , who is

   designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

     0 I returned the summons  unexecuted because _____ ; or

     0 Other *(specify):*

                                                       .

My fees are $_____ for travel and $_____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

                               _____
                                             *Server's signature*

                               _____
                                             *Printed name and title*

                               _____
                                             *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | Civil Action No. 1:20-cv-01437 |
| v. | ) ) | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SZ HufaKang Store

obdshowmarket@foxmail.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Monica Riva Talley
> Sterne Kessler Goldstein & Fox, P.L.L.C.
> 1100 New York Ave., N.W., Suite 600
> Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

     0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     0 I served the summons on *(name  of individual)* _____ , who is

   designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

     0 I returned the summons  unexecuted because _____ ; or

     0 Other *(specify):*

                                                              .

My fees are $_____ for travel and $_____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

                                       _____
                                                        *Server's signature*

                                       _____
                                                   *Printed name and title*

                                       _____
                                                   *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., <br><br> _Plaintiff(s)_ <br><br> v. <br><br> THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br><br> _Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

SZ KingOBDTool Store

zoe@kingobdtool.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     O I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

     O I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     O I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

     O I returned the summons  unexecuted because _____ ; or

     O Other *(specify):*

                                                             .

My fees are $_____ for travel and $_____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____      _____
                                                      *Server's signature*

                                          _____
                                                      *Printed name and title*

                                          _____
                                                      *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) |
| *Plaintiff(s)* | ) Civil Action No. 1:20-cv-01437 |
| v. | ) ) |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

TENZUN Factory Store

obdarthur@outlook.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0 I returned the summons  unexecuted because _____ ; or

    0 Other *(specify):*

                                                                       .

My fees are $_____ for travel and $_____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____

                                                             _____
                                                               *Server's signature*

                                                             _____
                                                       *Printed name and title*

                                                             _____
                                                               *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

TENZUN OBD2 Store

obdpro@outlook.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

      0 I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

      0 I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

      0 I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

      0 I returned the summons unexecuted because _____ ; or

      0 Other *(specify):*

                                                                            .

My fees are $_____ for travel and $_____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

                                                         _____
                                                                  *Server's signature*

                                                          _____
                                                             *Printed name and title*

                                                          _____
                                                                *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |  |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | Civil Action No. 1:20-cv-01437 |
| v. | | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

TEST TOOL FACTORY Store
123681852@qq.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

     0 I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     0 I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

     0 I returned the summons unexecuted because _____ ; or

     0 Other *(specify):*

                                                     .

My fees are $_____ for travel and $_____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

                                             _____
                                                    *Server's signature*

                                               _____
                                                  *Printed name and title*

                                               _____
                                                   *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |  |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | Civil Action No. 1:20-cv-01437 |
| v. | | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

TopOBD2 Store

jacktong98@sina.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

    0 I returned the summons unexecuted because _____ ; or

    0 Other *(specify):*

                                                                                                                .

My fees are $_____ for travel and $_____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

                                              _____
                                                *Server's signature*

                                              _____
                                              *Printed name and title*

                                              _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

<table>
<tr><td>VOLKSWAGEN GROUP OF AMERICA, INC.,</td><td>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td><hr><br><i>Plaintiff(s)</i></td><td>)<br>)<br>)</td><td>Civil Action No. 1:20-cv-01437</td></tr>
<tr><td>v.</td><td>)</td><td></td></tr>
<tr><td>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br><hr><br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

TotG Store

daikougenqq@outlook.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Monica Riva Talley
> Sterne Kessler Goldstein & Fox, P.L.L.C.
> 1100 New York Ave., N.W., Suite 600
> Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

  0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

  0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

  0 I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

  0 I returned the summons  unexecuted because _____ ; or

  0 Other *(specify):*

_____ .

My fees are $_____ for travel and $_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.  1:20-cv-01437 |
| v. | ) ) | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) ) | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

TRANSUTONG Official Store

transutong@163.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

0  I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

0  I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

0  I served the summons on *(name  of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

0  I returned the summons  unexecuted because _____ ; or

0  Other *(specify):*

.

My fees are $_____ for travel and $_____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                              *Server's signature*

                                         _____
                                              *Printed name and title*

                                         _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) |
| _Plaintiff(s)_ | ) |
| v. | ) ) |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) ) |
| _Defendant(s)_ | |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

TruckDiagnosis Store
2355650315@qq.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Monica Riva Talley
> Sterne Kessler Goldstein & Fox, P.L.L.C.
> 1100 New York Ave., N.W., Suite 600
> Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

◯ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

◯ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

◯ I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

◯ I returned the summons  unexecuted because _____ ; or

◯ Other *(specify):*

                                                                                                      .

My fees are $_____ for travel and $_____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                              *Server's signature*

                                                        _____
                                                              *Printed name and title*

                                                        _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | Civil Action No. 1:20-cv-01437 |
| v. | ) ) | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

UOBDII Store

153299364@qq.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0 I returned the summons  unexecuted because _____ ; or

    0 Other *(specify):*

                                                                                         .

My fees are $_____ for travel and $_____ for services, for a total of $   0.00    .

I declare under penalty of perjury that this information is true.

Date: _____       _____
                                                       *Server's signature*

                               _____
                                                  *Printed name and title*

                               _____
                                                  *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

<table>
<tr><td>VOLKSWAGEN GROUP OF AMERICA,<br>INC.,<br><br><br><em>Plaintiff(s)</em><br>v.<br><br>THE UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED IN SCHEDULE A,<br><br><em>Defendant(s)</em></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No. 1:20-cv-01437</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

UPOBD2 Store

lqxobd2@126.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

O I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

O I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

O I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

O I returned the summons  unexecuted because _____ ; or

O Other *(specify):*

                                                                                                          .

My fees are $_____ for travel and $_____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                          *Server's signature*

                                                    _____
                                                          *Printed name and title*

                                                    _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., <br><br> _____ <br> *Plaintiff(s)* <br> v. <br><br> THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br> _____ <br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Vaylas Diagnosis & Timing Store

sales@hauvrex.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Monica Riva Talley
> Sterne Kessler Goldstein & Fox, P.L.L.C.
> 1100 New York Ave., N.W., Suite 600
> Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

О I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

О I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

О I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

О I returned the summons  unexecuted because _____ ; or

О Other *(specify):*

.

My fees are $_____ for travel and $_____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                    _____

*Server's signature*

_____

*Printed name and title*

_____

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., _____ *Plaintiff(s)* v. THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

VIP E-Store

15871139133@163.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

     0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     0 I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

     0 I returned the summons  unexecuted because _____ ; or

     0 Other *(specify):*

                                                                            .

My fees are $_____ for travel and $_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                                      _____
                                                                 *Server's signature*

                                                      _____
                                                              *Printed name and title*

                                                      _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |  |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | Civil Action No. 1:20-cv-01437 |
| v. | | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

VK Automative

obd2store@hotmail.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name  of individual)* _____ , who is

  designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0 I returned the summons  unexecuted because _____ ; or

    0 Other *(specify):*

                                                                       .

My fees are $_____ for travel and $_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                          _____

                                                    *Server's signature*

                                          _____

                                                *Printed name and title*

                                          _____

                                                *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |  |
|---|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | Civil Action No. 1:20-cv-01437 |
| v. | | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

VXDIAG Direct Store

vxdiagnano@163.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     0 I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

     0 I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

     0 I served the summons on *(name  of individual)* _____ , who is
   designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

     0 I returned the summons  unexecuted because _____ ; or

     0 Other *(specify):*

                                                                         .

My fees are $_____for travel and $_____for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Win-Win Diagnostic Tool Store
obd2scannertool@outlook.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

O I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

O I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

O I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

O I returned the summons unexecuted because _____ ; or

O Other *(specify):*

.

My fees are $_____ for travel and $_____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                     *Server's signature*

                                                     _____
                                                     *Printed name and title*

                                                     _____
                                                     *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>_Plaintiff(s)_<br>v.<br><br>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br><br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 1:20-cv-01437 |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Xin Shun Commercial Store
q646620733@163.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     O I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

     O I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     O I served the summons on *(name  of individual)* _____ , who is

   designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

     O I returned the summons  unexecuted because _____ ; or

     O Other *(specify):*

                                                                    .

My fees are $_____ for travel and $_____ for services, for a total of $ _____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                                      _____
                                                      *Server's signature*

                                                      _____
                                               *Printed name and title*

                                                      _____
                                               *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) ) ) ) ) ) ) ) |
| *Plaintiff(s)* | Civil Action No. 1:20-cv-01437 |
| v. | |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | |
| *Defendant(s)* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

xingobd2 Store

sandy@chdobd2.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0 I returned the summons  unexecuted because _____ ; or

    0 Other *(specify):*

.

My fees are $_____ for travel and $_____ for services, for a total of $     0.00   .

I declare under penalty of perjury that this information is true.

Date: _____         _____

                                      *Server's signature*

                 _____

                                  *Printed name and title*

                 _____

                                  *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., _____ *Plaintiff(s)* v. THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

YIYUN Diag Store

rugesuiyuenihao@sina.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    0 I served the summons on *(name  of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    0 I returned the summons  unexecuted because _____ ; or

    0 Other *(specify)*:

.

My fees are $_____ for travel and $_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                _____
                                         *Server's signature*

                                _____
                                   *Printed name and title*

                                _____
                                   *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No. 1:20-cv-01437

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ZRIGO TECH Store

zrigoo@outlook.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00043-AJT-JFA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     0 I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

     0 I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     0 I served the summons on *(name  of individual)* _____ , who is

   designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

     0 I returned the summons  unexecuted because _____ ; or

     0 Other *(specify):*

                                                                .

My fees are $_____ for travel and $_____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

                                            _____
                                                     *Server's signature*

                                              _____
                                                 *Printed name and title*

                                              _____
                                                 *Server's address*

Additional information regarding attempted service, etc: