UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **VOLKSWAGEN GROUP OF AMERICA, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,**<br><br>Defendants. | Civil Action No. 1:20-cv-01437-LO-MSN |

**[PROPOSED] ORDER FOR ENTRY OF A PRELIMINARY INJUNCTION**

Upon consideration of Plaintiff's Motion for Entry of a Preliminary Injunction and memorandum in support of the Motion, it is hereby:

ORDERED that the Motion shall be, and hereby is, granted; and it is further

ORDERED that PayPal shall continue to freeze all accounts associated with Defendants identified in Schedule A to the Complaint and restrain and enjoin from transfer any monies held in such accounts until further ordered by this Court.

SO ORDERED THIS _____ day of _____, 2021.

_____
Liam O'Grady
United States District Judge