# UNITED STATES DISTRICT COURT
# CIVIL MOTION MINUTES

Date: **03/05/2021**                                           Judge:   **Liam O'Grady-MSN**
Time: **10:02 a.m. – 10:12 a.m. <00:10>**          Reporter:   **S. Wallace**
     (Telephonic Hearing)

Civil Action Number: **1:20-cv-1437**

### VOLKSWAGEN GROUP OF AMERICA, INC.

**V.**

### THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A

Appearances of Counsel for Plaintiff and Defendant

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| **Monica R. Talley** **Nicholas Nowak** | |

Motion to/for:

[46]   MOTION for Preliminary Injunction by Volkswagen Group of America, Inc.

Argued and
(**X**) Granted            (  ) Denied            (  ) Granted in part/Denied in part
(  ) Taken Under Advisement              (  ) Continued to


(**X**) Order to Follow