**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **VOLKSWAGEN GROUP OF AMERICA, INC.,** | |
| **Plaintiff,** | |
| **v.** | Civil Action No. 1:20-cv-01437 |
| **THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,** | |
| **Defendants.** | |

## CARTOOLFTY AND ECARTOOL'S ANSWER AND AFFIRMATIVE DEFENSES

Defendant eBay stores Cartoolfty and Ecartool (collectively "Defendants") file their Answer and Affirmative Defenses to Volkswagen Group of America, Inc.'s ("Plaintiff") Complaint (Dkt. No. 1) (the "Complaint"). Defendants deny the allegations in the Complaint unless expressly admitted in the following paragraphs. Defendants' specific responses to the numbered allegations of the Complaint are in the below numbered paragraphs as follows:

### NATURE OF THE SUIT

1.      Denied with respect to Defendants.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph with respect to any other parties, and therefore deny them.

### JURISDICTION AND VENUE

2.      Denied.

3.      Denied with respect to Defendants.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph with respect to any other parties, and therefore deny them.

4.      Denied with respect to Defendants.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph with respect to any other parties, and therefore deny them.

**<u>PARTIES</u>**

5.      Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore deny them.

6.      Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore deny them.

7.      Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore deny them.

8.      Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore deny them.

**<u>Volkswagen</u>**

9.      Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore deny them.

10.      Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore deny them.

11.      Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore deny them.

12.      Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore deny them.

**<u>Audi</u>**

13.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore deny them.

14.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore deny them.

15.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore deny them.

16.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore deny them.

**<u>Bentley</u>**

17.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore deny them.

18.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore deny them.

19.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore deny them.

20.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore deny them.

**<u>Lamborghini</u>**

21.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore deny them.

22.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore deny them.

23.     Defendants lack knowledge or information sufficient to form a belief about the

truth of the allegations in this paragraph, and therefore deny them.

24.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore deny them.

25.     Denied with respect to Defendants.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph with respect to any other parties, and therefore deny them.

## The Defendants

26.     Defendants admit they reside in China and offer products on eBay.  Except as so admitted, Defendants deny the remaining allegations in this paragraph to the extent those allegations are made against Defendants.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph with respect to any other parties, and therefore deny them.

27.     Denied with respect to Defendants.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph with respect to any other parties, and therefore deny them.

## DEFENDANTS' UNLAWFUL CONDUCT

28.     Denied with respect to Defendants.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph with respect to any other parties, and therefore deny them.

29.     Denied with respect to Defendants.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph with respect to any other parties, and therefore deny them.

30.     Defendants admit they reside in China.  Except as so admitted, Defendants deny

the remaining allegations in this paragraph to the extent those allegations are made against Defendants. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph with respect to any other parties, and therefore deny them.

31.     Denied with respect to Defendants. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph with respect to any other parties, and therefore deny them.

32.     Defendants admit Exhibits 8-10 purport to be images from stores. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph with respect to any other parties, and therefore deny them.

33.     Denied with respect to Defendants. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph with respect to any other parties, and therefore deny them.

34.     With respect to Defendants, Defendants admit that they are not licensed or authorized to use any of the VW Brands' Trademarks and are not authorized retailers of genuine VWGoA Products. Except as so admitted, Defendants deny the remaining allegations in this paragraph with respect to Defendants. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph with respect to any other parties, and therefore deny them.

35.     Denied with respect to Defendants. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph with respect to any other parties, and therefore deny them.

36.     Denied with respect to Defendants. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph with respect to any

other parties, and therefore deny them.

37.     Denied with respect to Defendants.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph with respect to any other parties, and therefore deny them.

38.     Defendants admit that they each operate one PayPal account.  Except as admitted, Defendants deny the remainder of the paragraph with respect to Defendants.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph with respect to any other parties, and therefore deny them.

39.     Denied with respect to Defendants.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph with respect to any other parties, and therefore deny them.

40.     Denied with respect to Defendants.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph with respect to any other parties, and therefore deny them.

## **JOINDER IS APPROPORIATE**

41.     Denied with respect to Defendants.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph with respect to any other parties, and therefore deny them.

42.     Denied with respect to Defendants.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph with respect to any other parties, and therefore deny them.

43.     Denied with respect to Defendants.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph with respect to any

other parties, and therefore deny them.

## COUNTER I – TRADEMARK INFRINGEMENT AND COUNTERFEITING
## (15 U.S.C. §1114)

44.     Defendants hereby and incorporates by reference their answers set forth in paragraphs 1 through 43.

45.     Defendants admit that Plaintiff has alleged a claim of trademark infringement and counterfeiting.  However, Defendants deny that Plaintiff is entitled to any such relief with respect to Defendants.  Except as so admitted, Defendants deny the remaining allegations in this paragraph with respect to Defendants.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph with respect to any other parties, and therefore deny them.

46.     Denied with respect to Defendants.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph with respect to any other parties, and therefore deny them.

47.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this, and therefore deny them.

48.     Denied with respect to Defendants.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph with respect to any other parties, and therefore deny them.

49.     Denied with respect to Defendants.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph with respect to any other parties, and therefore deny them.

50.     Denied with respect to Defendants.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph with respect to any

other parties, and therefore deny them.

## COUNT II – FALSE DESIGNATION OF ORIGIN
### (15 U.S.C. §1125(a))

51.     Defendants hereby and incorporates by reference their answers set forth in paragraphs 1 through 50.

52.     Denied with respect to Defendants.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph with respect to any other parties, and therefore deny them.

53.     Denied with respect to Defendants.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph with respect to any other parties, and therefore deny them.

54.     Denied with respect to Defendants.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph with respect to any other parties, and therefore deny them.

55.     Denied with respect to Defendants.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph with respect to any other parties, and therefore deny them.

## COUNT III – TRADEMARK DILUTION
### (15 U.S.C. §1125(c))

56.     Defendants hereby and incorporates by reference their answers set forth in paragraphs 1 through 55.

57.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, and therefore deny them.

58.     Defendants lack knowledge or information sufficient to form a belief about the

truth of the allegations in this paragraph, and therefore deny them.

59.    Denied with respect to Defendants.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph with respect to any other parties, and therefore deny them.

60.    Denied with respect to Defendants.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph with respect to any other parties, and therefore deny them.

61.    Denied with respect to Defendants.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph with respect to any other parties, and therefore deny them.

62.    Denied with respect to Defendants.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph with respect to any other parties, and therefore deny them.

63.    Denied with respect to Defendants.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph with respect to any other parties, and therefore deny them.

64.    Denied with respect to Defendants.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph with respect to any other parties, and therefore deny them.

65.    Denied with respect to Defendants.  Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph with respect to any other parties, and therefore deny them.

## PRAYER FOR RELIEF

Plaintiff's prayer for relief is an averment to which no response is required.  To the

extend a response is deemed to be required, Defendants deny that Plaintiff is entitled to any such

relief with respect to Defendants.

## DEFENDANTS' AFFIRMATIVE
## DEFENSES

Without assuming any burden they would not otherwise bear, Defendants assert the

following affirmative defenses:

### FIRST AFFIRMATIVE DEFENSE:
### FAILURE TO STATE A CLAIM

1.      The Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE:
### FAIR USE

2.      The claims made in the complaint are barred, in whole or in part, by the doctrine

of fair use, nominative fair use and/or descriptive use.

### THIRD AFFIRMATIVE DEFENSE:
### INNOCENT INFRINGEMENT

3.      The claims are barred, in whole or in part, because any infringement, if any, was

innocent.

### FOURTH AFFIRMATIVE DEFENSE:
### NON-INFRINGEMENT

4.      Defendants have not infringed any applicable trademarks under federal or state

law.

## FOURTH AFFIRMATIVE DEFENSE:
## <u>NO CAUSATION</u>

5.      Plaintiff's claims against Defendants are barred because Plaintiff's damages, if any, were not cause by Defendants.

## FIFTH AFFIRMATIVE DEFENSE:
## <u>NO DAMAGE</u>

6.      Without admitting that the Complaint states a claim for relief, there has been no damage in any amount, manner or at all by reason of any act alleged against Defendants in the Complaint, and Plaintiff is therefore not entitled to any relief against Defendants.

## SIXTH AFFIRMATIVE DEFENSE:
## <u>RESERVATION OF RIGHT TO ASSERT FURTHER DEFENSES</u>

7.      Defendants reserves the right to amend its answer, including asserting additional defenses and counterclaims consistent, with the facts discovered in this case.

## <u>DEFENDANTS' PRAYER FOR RELIEF</u>

WHEREFORE, Defendants requests judgment against Plaintiff as follows:

   a.      that the Court enter a take-nothing judgment against Plaintiff;

   b.      that Defendants be award costs of suit incurred in defense of this action;

   c.      that the Court award Defendants all other and further relief, both at law and in equity, to which it may be justly entitled.

DATED April 23, 2021.              Respectfully submitted,

By: */s/ Steven War*
Steven War (VSB # 45048)

**McNeely, Hare & War LLP**
5335 Wisconsin Ave, NW, Suite 440
Washington, DC 20015
Tel: (202) 536-5877
Fax: (202) 478-1813
steve@miplaw.com


Hao Ni (*pro hac vice to be filed*)
Texas Bar No. 24047205
hni@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4602
Fax: (972) 314-0900

**ATTORNEY FOR DEFENDANTS
CARTOOLFTY AND ECARTOOL**


### CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of April, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Virginia, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Steven War*
Steven War