UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **VOLKSWAGEN GROUP OF AMERICA, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,**<br><br>Defendants. | Civil Action No. 1:20-cv-01437-LO-MSN |

**NOTICE OF AGREED STIPULATED DISMISSAL WITH PREJUDICE
AS TO CERTAIN DEFENDANTS**

Plaintiff Volkswagen Group of America, Inc. ("Plaintiff") and certain Defendants have agreed to terms and conditions representing a negotiated settlement of this action and have set forth those terms and conditions in a Confidential Settlement Agreement. Now the parties hereby move for an order dismissing all claims in this action asserted between them with prejudice.

This dismissal only pertains to the Defendants indicated herein and does not constitute a dismissal of all Defendants. The parties hereby agree to waive a hearing on this Motion. The defendant number provided corresponds to the Defendants' information in Schedule A to the Verified Complaint ("Schedule A"):

| No. | Platform | Seller ID/Defendant Store | Defendant Email |
|---|---|---|---|
| 5 | eBay | cartoolfty | pioneerprojectorlamp@gmail.com |
| 8 | eBay | ecartool2015 | huangsue412@163.com<br>cathy-cartoolfty@hotmail.com<br>info@cartoolfty.com |

1

| | |
|---|---|
| Date: August 30, 2021 | Respectfully submitted,<br><br> /s/ Monica Riva Talley<br>Monica Riva Talley (VSB No. 41840)<br>Daniel E. Yonan (VSB No. 46019)<br>Nicholas J. Nowak (*pro hac vice*)<br>Daniel S. Block (*pro hac vice*)<br>STERNE KESSLER GOLDSTEIN & FOX, PLLC<br>1100 New York Ave., N.W., Suite 600<br>Washington, DC 20005-3934<br>Telephone No.: (202) 371-2600<br>Facsimile No.: (202) 371-2540<br>mtalley@sternekessler.com<br>dyonan@sternekessler.com<br>nnowak@sternekessler.com<br>dblock@sternekessler.com<br><br>*Attorneys for Plaintiff* |