IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNINCORPORATED ASSOCIATION IDENTIFIED IN SCHEDULE A,<br>    Defendant, | Case No. 1:20-cv-01437-LO-MSN<br>Hon. Liam O'Grady |

## ORDER

This matter comes before the Court on the parties' Joint Stipulation of Dismissal (Dkt. 89). Upon consideration of this stipulation by the parties and pursuant to Federal Rule of Civil Procedure 41(a), it is hereby **ORDERED** that the Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE** as to the following Defendants:

| No. | Platform | Seller ID/Defendant Store | Defendant Email |
|---|---|---|---|
| 5 | eBay | cartoolfty | pioneerprojectorlamp@gmail.com |
| 8 | eBay | ecartool2015 | huangsue412@163.com<br>cathy-cartoolfty@hotmail.com<br>info@cartoolfty.com |

IT IS **SO ORDERED**.

September 2, 2021
Alexandria, Virginia

Liam O'Grady
United States District Judge